# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **FGDI, L.L.C.,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| vs. | ) **CIVIL ACTION NO. 03-0588-CG-B** |
| | ) |
| **M/V LORELAY, and her engines, tackle,** | ) |
| **furniture and appurtenances, etc., in rem,** | ) |
| | ) |
|     **Defendant.** | ) |

## JUDGMENT

In accordance with the court's findings on the evidence presented at the non-jury trial held on December 13-14, 2004, and entered by separate order this date,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** be and is hereby entered in favor of plaintiff FGDI, L.L.C. against defendant M/V Lorelay. Damages are awarded to FGDI, L.L.C. in the amount of ONE HUNDRED SIXTY-SEVEN THOUSAND ONE HUNDRED SEVENTY-THREE DOLLARS and 33/100 CENTS ($167,173.33).

Costs are to be taxed against the defendant M/V Lorelay.

**DONE and ORDERED** this the 16th day of September, 2005.

                                                      /s/ Callie V. S. Granade
                                                    CHIEF UNITED STATES DISTRICT JUDGE