**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| FGDI, L.L.C., | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 03-0588-CG-B |
| M/V LORELAY, and her engines, tackle, furniture and appurtenances, etc., <u>in rem.</u>, | ) |
| Defendant. | ) |

**JUDGMENT**

In accordance with the order entered this date, it is **ORDERED, ADJUDGED, and DECREED** that judgment be and hereby is entered in favor of the plaintiff FGDI, L.L.C., and that damages are awarded to plaintiff in the amount of SIXTY-SIX THOUSAND THREE HUNDRED THIRTY-SIX DOLLARS AND THIRTY-ONE CENTS ($66,336.31).

Costs are to be taxed against the defendant M/V Lorelay.

**DONE and ORDERED** this 23rd day of May, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE